## IGNAZ STRAUSS & CO., INC. v. UNITED STATES

**No. 5750.**—Invoice dated Yokohama, Japan, February 18, 1939.
Certified February 20, 1939.
Entered at New York, N. Y., March 25, 1939.
Entry No. 819472.

(Decided October 26, 1942)

*Puckhafer, Rode & Rode* (*John D. Rode* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: This appeal to reappraisement has been submitted for decision upon a stipulation to the effect that the rayon mats are similar to the rayon articles involved in *United States* v.

*Nippon Dry Goods Co.*, Reap. Dec. 5006; that the appraised value of such rayon mats, less any additions made by the importer by reason of the so-called Japanese consumption tax, represents the export value of such merchandise, and that there was no higher foreign value therefor at or about the date of exportation.

Upon the agreed facts and applicable authority, I find and hold the proper dutiable export value of the rayon mats covered by this appeal to be the appraised value, less any amounts added by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.